UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)
_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

    Defendant - Appellant

_____

No. 25-1019
(5:24-cv-00724-M-RN)
_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

    Intervenors - Appellants

───────────────────

O R D E R

───────────────────

The court consolidates Case No. 25-1018 and Case No. 25-1019. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

> For the Court--By Direction
>
> /s/ Nwamaka Anowi, Clerk