# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 25-1019, Griffin v. NC Alliance for Retired Americans et al. |
| **Originating No. & Caption** | 5:24-cv-00724-M-RN; Griffin v. N.C. State Board of Elections |
| **Originating Court/Agency** | Eastern District of North Carolina |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. §§ 1291, 1447(d) | | |
| Time allowed for filing in Court of Appeals | 30 days | | |
| Date of entry of order or judgment appealed | 01/06/2025 | | |
| Date notice of appeal or petition for review filed | 01/07/2025 | | |
| If cross appeal, date first appeal filed | | | |
| Date of filing any post-judgment motion | | | |
| Date order entered disposing of any post-judgment motion | | | |
| Date of filing any motion to extend appeal period | | | |
| Time for filing appeal extended to | | | |
| Is appeal from final judgment or order? | | ☒ Yes | ☐ No |
| If appeal is not from final judgment, why is order appealable? | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | | |
|---|---|---|---|
| Is settlement being discussed? | | ☐ Yes | ☒ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | 25-1018(L) & 25-1024 (consolidated) | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | 25-1020 & 25-1021 | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ⦿ Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ⦿ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

On November 5, 2025, voters in North Carolina cast ballots in the race for Seat 6 of the North Carolina Supreme Court. After the initial count and subsequent recounts, it was confirmed that Justice Riggs received more votes than Plaintiff Judge Griffin. After the election, Judge Griffin filed a series of election protests seeking to throw out over 60,000 votes that had been cast.

On December 13, 2024, the North Carolina State Board of Elections issued a Decision and Order dismissing the protests at issue in this case.

On December 18, 2024, Judge Griffin filed in the North Carolina Supreme Court a Petition for Writ of Prohibition regarding the State Board's Decision and Order. The State Board removed that action to the Eastern District of North Carolina under 28 U.S.C. §§ 1441(a) and 1443(2).

On January 6, 2025, the district court remanded this matter back to North Carolina's Supreme Court on the basis of abstention. Dist. Ct. Order at 1, E.D.N.C. ECF No. 50. This appeal followed.

| **Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary) |
|---|
| 1. Whether the District Court erred in abstaining and remanding the action to the North Carolina Supreme Court.<br><br>2. Whether Petitioner is entitled to any relief in this action, including on his motion for preliminary injunction. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Judge Jefferson Griffin<br><br>Attorney: Kyle D. Hawkins<br>Address: LEHOTSKY KELLER COHN LLP<br>　　　　　408 W. 11st Street, 5th Floor<br>　　　　　Austin, TX 78701<br><br>E-mail: kyle@lkcfirm.com<br><br>Phone: (512) 693-8350 | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: NC Alliance for Retired Americans et al.<br><br>Attorney: Lalitha Madduri<br>Address: ELIAS LAW GROUP LLP<br>         250 Massachusetts Ave, Suite 400<br>         Washington, DC 20001<br><br>E-mail: lmadduri@elias.law<br><br>Phone: (202) 968-4593 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Lalitha Madduri    **Date:** 1/10/2025

**Counsel for:** NC Alliance for Retired Americans, et al.

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

|  |  |
|---|---|
|  |  |

| Signature: | Date: |
|---|---|