# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: Griffin v. NCARA et al. (25-1019 consol. 25-1018 & 25-1024)

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> - No. 25-1020 - this case involves the same issues regarding whether the district court appropriately abstained and remanded a case about Petitioner Griffin's election protests back to state court for further proceedings. The underlying factual background, procedural record, and legal issues are virtually identical.
> - No. 25-1021 - this case similarly involves a review of the district court's abstention and remand of a case related to Griffin's largest category of challenged voters. The relevant facts and law are very similar.

Signature: /s/ Lalitha Madduri        Counsel for: NC All. of Retired Amer. et al.

Date: 01/13/25

**File using event:** RESPONSE/ANSWER (to Similar Case notice)