FILED: January 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

        Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

        Defendant - Appellant

------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

        Amici Supporting Appellant

_____

O R D E R

_____

      Honest Elections Project have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

                                      For the Court--By Direction

                                      <u>/s/ Nwamaka Anowi, Clerk</u>