Nos. 25-1018(L), 25-1019, 25-1024

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

JEFFERSON GRIFFIN,
*Plaintiff-Appellee*,

*v.*

NORTH CAROLINA STATE BOARD OF ELECTIONS,
*Defendant-Appellant*,

and

ALLISON RIGGS, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTEVETS ACTION FUND, TANYA WEBSTER-DURHAM, SARAH SMITH, AND JUANITA ANDERSON,
*Intervenor-Appellants.*

On Appeal from the United States District Court
for the Eastern District of North Carolina

# RESPONSE OF INTERVENOR-APPELLANTS TO MOTION TO FILE AMICUS BRIEF, MOTION TO PARTICIPATE IN ORAL ARGUMENT, AND MOTION TO EXTEND FILING TIME

Intervenor-Appellants North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson ("Voter Intervenors"), take no position on Martin's motion to file an amicus brief. *See* Dkt. 106. Voter Intervenors oppose any modification to the existing schedule given the important and urgent issues presented. Furthermore, Voter Intervenors oppose amicus's participation at oral argument because it is unlikely to aid the Court in resolving the issues before it.

January 24, 2025

Respectfully submitted,

/s/ *Lalitha D. Madduri*
Lalitha D. Madduri
Christopher D. Dodge
Tina Meng Morrison
Julie Zuckerbrod
James J. Pinchak
ELIAS LAW GROUP LLP
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
cdodge@elias.law
tmengmorrison@elias.law
jzuckerbrod@elias.law
jpinchak@elias.law

Narendra K. Ghosh
N.C. Bar No. 37649
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

*Counsel for Intervenor-Appellants the North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2), because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 93 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook.

Dated: January 24, 2025  /s/ *Lalitha D. Madduri*
Lalitha D. Madduri

*Counsel for Intervenor-Appellants the North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson*

# CERTIFICATE OF SERVICE

On this 24th day of January, 2025, I electronically filed the foregoing using the Court's appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by that system.

/s/ *Lalitha D. Madduri*
Lalitha D. Madduri

*Counsel for Intervenor-Appellants the North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson*